**Willard DANLEY v. STATE.**

8 Div. 797.

Supreme Court of Alabama.

April 8, 1937.

Murphy & Pounders, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Willard Danley for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Danley v. State, 27 Ala. App. 402, 173 So. 648.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.